```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/06
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JONNIE MAE ROBINSON,

                            Plaintiff,

         -against-

METROPOLITAN LIFE INSURANCE COMPANY,
SKADDEN, ARPS, SLATE, MEAGHER & FLOM,
LLP, PLAN AND PLAN ADMINISTRATION,
                            Defendants.
-----------------------------------------------------------------X

05 CIVIL 1534 (LLS)

**JUDGMENT**

       Both sides having moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable Louis L. Stanton, United States District Judge, and the Court, on May 12, 2006, having rendered its Opinion and Order denying defendants' motion for summary judgment and granting plaintiff's motion for summary judgment to the extent that the case is remanded to MetLife for reconsideration after consultation with a neurological specialist, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 12, 2006, defendants' motion for summary judgment is denied and plaintiff's motion for summary judgment is granted to the extent that the case is remanded to MetLife for reconsideration after consultation with a neurological specialist.

**Dated:** New York, New York
          May 15, 2006

                                           **J. MICHAEL McMAHON**
                                             Clerk of Court
                       **BY:**
                                             **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____